**FILED**

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause DA 19-0590

---

BOARD OF PERSONNEL APPEALS,
MONTANA DEPARTMENT OF
ADMINISTRATION, MONTANA
DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES

         Appellants/Respondents,

vs.

APRIL ARMSTRONG, DAVID R. BARNHILL,
K. AMY PFEIFER, PEGGY PROBASCO, AND
PATRICK QUINN,

         Petitioners/Appellees.

---

## ORDER GRANTING MOTION FOR 30-DAY BRIEF EXTENSION

---

The Petitioners/Appellees in this matter has moved this Court for an extension

of time in which to file their Answer Brief. Finding good cause therefore,

IT IS HEREBY ORDERED that Appellees Answer Brief in this matter is now

due on or before Friday, July 31, 2020.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 18 2020